NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IRAN RODRIGUEZ,                       )
                                      )
          Appellant,                  )
                                      )
v.                                    )        Case No. 2D17-3329
                                      )
AVATAR PROPERTY & CASUALTY            )
INSURANCE COMPANY,                    )
                                      )
          Appellee.                   )
_____ )

Opinion filed May 17, 2019.

Appeal from the Circuit Court for
Hillsborough County; Elizabeth G. Rice,
Judge.

Melissa A. Giasi of Sivyer Barlow & Watson,
P.A., Tampa, for Appellant.

Carol M. Rooney of Butler Weihmuller Katz
Craig LLP, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.